# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VILLARREAL,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. 08-cr-01332-JAH-1<br>      19-cv-02304-JAH<br><br>**ORDER ALLOWING GOVERNMENT TO FILE RESPONSE IN OPPOSITION TO PETITIONERS' MOTIONS UNDER 28 U.S.C. § 2255 IN EXCESS OF 25 PAGES** |
| FIDEL VILLARREAL,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. 08-cr-01332-JAH-2<br>      19-cv-02306-JAH |

   Pending before the Court are Defendant Raul Villareal's and Defendant Fidel Villareal's (collectively "Defendants") Motion to Vacate pursuant to 28 U.S.C. § 2255. *See* ECF 505, 506 respectively. Plaintiff the United States of America (the "Government") has responded to both motions (ECF 547, 546). Both of the Government's responses total 59 pages with exhibits, so Plaintiff has also filed a Motion for Leave to File an Oversized Brief (ECF 548).

///

Upon application of the United States of America, and good cause appearing, **IT IS HEREBY ORDERED** that the Government's Motion to File an Oversized Brief is **GRANTED**. The Government shall file its *Response in Opposition to Petitioners' Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*, for the above-entitled cases even though the pleading exceeds 25 pages.

Dated: February 23, 2021

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE